UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARLOS H. MCKENSI,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Civil Action No. 1:09-cv-11940-JGD |

## **STIPULATION OF DISMISSAL**

Plaintiff Carlos H. McKensi and Defendant Bank of America, N.A. hereby stipulate that this action be dismissed, with prejudice, without interest, costs or attorneys' fees, and that the parties waive all rights of appeal and rights pursuant to Fed. R. Civ. P. 60.

| | |
|---|---|
| Carlos McKensi,<br>By his attorney, | BANK OF AMERICA, as Trustee<br>By its attorneys, |
| /s/ Matthew Forbes<br>Matthew E. Forbes, Esq. BBO# 642310<br>ForbesGallagher<br>30 ManMar Drive, Suite 11<br>Plainville, MA  02762<br>Telephone:    (508) 809-6141<br>Facsimile:     (508) 377-9483<br>mforbes@forbesgallagher.com | /s/ Richard E. Briansky<br>Richard E. Briansky, BBO#632709<br>rbriansky@princelobel.com<br>Joseph P. Calandrelli, BBO#666128<br>jcalandrelli@princelobel.com<br>Prince, Lobel, Glovsky & Tye LLP<br>100 Cambridge Street, Suite 2200<br>Boston, MA 02114<br>Telephone:  (617) 456-8000 |

Dated: October 19, 2010